IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01428-WYD

HOLLY KAY GONZALEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## ORDER

THIS MATTER is before the Court on the "Stipulated Fees Under the Equal Access to Justice Act" filed on December 4, 2013, which I will construe as a stipulated motion for fees. The document advises the Court that the parties have settled Plaintiff's request for attorney fees under the Equal Access to Justice Act, and agree that Plaintiff will receive a total of $5,000.00. Having reviewed the motion and finding good cause for the relief sought, it is

ORDERED that the stipulated motion for fees under the Equal Access to Justice Act (ECF No. 24) is **GRANTED**.  Attorney fees in the amount of **$5,000.00** are awarded to and shall be made payable to Plaintiff.

Dated December 6, 2013

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge